HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ANDRAS FARKAS, CA Bar #254302
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ASHLY STARLING THOMAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:14-cr-00228 LJO-SKO |
|---|---|---|
| *Plaintiff,* | ) ) ) | WAIVER OF DEFENDANT'S PERSONAL PRESENCE; ORDER THEREON |
| v. | ) ) ) | |
| ASHLY STARLING THOMAS, | ) ) | |
| *Defendant.* | ) | |

Pursuant to Fed. R. Crim. P. 43(b)(3), Defendant, Ashly Starling Thomas, having been advised of her right to be present at all stages of the proceedings, hereby requests that this Court proceed in her absence on every occasion that the Court may permit, pursuant to this waiver. Defendant agrees that her interests shall be represented at all times by the presence of her attorney, the Office of the Federal Defender for the Eastern District of California, the same as if Defendant were personally present, and requests that this court allow her attorney-in-fact to represent her interests at all times. Defendant further agrees that notice to Defendant's attorney that Defendant's presence is required will be deemed notice to the Defendant of the requirement of her appearance at said time and place.

///

///

DATED:   November 18, 2014            */s/ Ashly Starling Thomas*
                                      ASHLY STARLING THOMAS

DATED:   November 18, 2014            */s/Andras Farkas*
                                      ANDRAS FARKAS
                                      Assistant Federal Defender
                                      Attorney for Defendant
                                      ASHLY STARLING THOMAS

# O R D E R

GOOD CAUSE APPEARING, **IT IS HEREBY ORDERED** that Defendant's appearance may be waived at any and all proceedings until further order.

IT IS SO ORDERED.

Dated:   **November 19, 2014**            **/s/ Sheila K. Oberto**
                                          UNITED STATES MAGISTRATE JUDGE