| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, Bar #122664 |
| | Federal Defender |
| 2 | ANDRAS FARKAS, CA Bar #254302 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California  93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | |
| | Attorney for Defendant |
| 6 | ASHLY STARLING THOMAS |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | NO. 1:14-cr-00228 LJO-SKO |
|---|---|
| *Plaintiff*, | REQUEST TO MODIFY TERMS OF PRE-TRIAL RELEASE |
| v. | |
| ASHLY STARLING THOMAS, | |
| *Defendant.* | |

Defendant Ashly Starling Thomas seeks permission to travel from her home in Lake Charles, Louisiana to Atlanta, Georgia on February 18, 2015, returning from Atlanta to Lake Charles on February 22, 2015.  Ms. Thomas' pre-trial release conditions restrict her travel to Fresno, CA and to the state of Louisiana.  The purpose of the trip is for Ms. Thomas and her husband to find a permanent place to live in Atlanta.  Ms. Thomas and her husband plan to move to Atlanta at the end of March for purposes of employment.  Pre-trial services officer Jacob Scott is in agreement with this request and the government has no objection to Ms. Thomas' request.

///

///

///

///

///

///

DATED:  January 29, 2015                              */s/Andras Farkas*
                                                                          ANDRAS FARKAS
                                                                          Assistant Federal Defender
                                                                          Attorney for Defendant
                                                                          ASHLY STARLING THOMAS

**O R D E R**

**IT IS HEREBY ORDERED** that Defendant's pre-trial conditions are amended to allow her to travel from Lake Charles, Louisiana to Atlanta, Georgia on February 18, 2015.  Ms. Thomas shall return form Atlanta, Georgia to Lake Charles, Louisiana on February 22, 2015.

IT IS SO ORDERED.

Dated:   **January 30, 2015**                              _____
                                                                          UNITED STATES MAGISTRATE JUDGE