HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
ANDRAS FARKAS, CA Bar #254302
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ASHLY STARLING THOMAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:14-cr-00228 LJO-SKO-7 |
| Plaintiff, | REQUEST TO MODIFY TERMS OF PRE-TRIAL RELEASE; ORDER |
| v. | |
| ASHLY STARLING THOMAS, | |
| *Defendant.* | |

Defendant Ashly Starling Thomas seeks permission to allow her to live in the state of Georgia. Ms. Thomas and her family recently moved to Georgia for employment purposes. Ms. Thomas' pre-trial release conditions currently restrict her travel to Fresno, California and to the state of Louisiana. Pre-trial services officer Ryan Beckwith is in agreement with this request and the government has no objection to Ms. Thomas' request.

DATED: May 1, 2015                                    */s/Andras Farkas*
                                                      ANDRAS FARKAS
                                                      Assistant Federal Defender
                                                      Attorney for Defendant
                                                      ASHLY STARLING THOMAS

/ / /

/ / /

/ / /

/ / /

/ / /

**O R D E R**

**IT IS HEREBY ORDERED** that Defendant's pre-trial conditions are amended to allow her to reside in the state of Georgia.

IT IS SO ORDERED.

Dated: **May 1, 2015**  /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE