HEATHER E. WILLIAMS, SBN #122664
Federal Defender
JEROME PRICE, SBN # 282400
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
ASHLY STARLING THOMAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:14-cr-000228-LJO-SKO-7 |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER FOR A TRUE NAME FINDING** |
| vs. | |
| ASHLY STARLING THOMAS, | Judge: Hon. Sheila K. Oberto |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between the parties, through their respective counsel, Assistant United States Attorney Grant B. Rabenn, Counsel for Plaintiff, and Assistant Federal Defender Jerome Price, Counsel for Defendant, Ashly Starling Thomas, that the defendant's true name is correctly spelled Ashley Starling Thomas.  Although the complaint filed on October 20, 2014 originally set forth the correct spelling of the defendant's first name, the subsequent Indictment on October 23, 2014 misspelled her name as "Ashly."  On November 14, 2014, at the first scheduled status conference, defense counsel made a true name finding to correct the defendant's married name; however, there was never a correction on the record that the defendant's first name is spelled "Ashley."  The parties jointly request that the Court find that the defendant's true name is "Ashley Starling Thomas," and that the docket be corrected to reflect the defendant's true name.

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

Dated: February 8, 2016          /s/ *Grant B. Rabenn*
                                 GRANT B. RABENN
                                 Assistant United States Attorney
                                 Attorney for Plaintiff

                                 HEATHER E. WILLIAMS
                                 Federal Defender

Dated: February 8, 2016          */s/ Jerome Price*
                                 JEROME PRICE
                                 Assistant Federal Defender
                                 Attorneys for Defendant
                                 ASHLY STARLING THOMAS

# O R D E R

For the reasons set forth above, the stipulation by the parties is accepted. The Court finds that the defendant's true name is Ashley Starling Thomas, and hereby ORDERS that the Clerk of the Court correct the docket to reflect the defendant's true name.

IT IS SO ORDERED.

Dated:  **February 9, 2016**              /s/ **Sheila K. Oberto**
                                           UNITED STATES MAGISTRATE JUDGE