UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.  1:14-cr-0228-LJO-SKO |
| Plaintiff, | ) | |
| vs. | ) | **ORDER GRANTING DEFENDANT'S REQUEST TO APPEAR BY VIDEO TELECONFERENCE FROM THE NORTHERN DISTRICT OF GEORGIA** |
| ASHLEY STARLING THOMAS, | ) | |
| Defendant. | ) | |

The Court having reviewed Defendant Ashley Starling Thomas's request to appear by video teleconference (Dkt. 251) and upon finding good cause, hereby GRANTS the defendant's request to appear at the arraignment scheduled for Monday, April 18, 2016 at 10:00 a.m. PDT by video teleconference from the United States Courthouse in Atlanta, Georgia.  The defendant shall report to the United States Courthouse in Atlanta, Georgia on the above date at 1:00 p.m. EDT, at a room to be designated by the Clerk's Office in the Northern District of Georgia.

IT IS SO ORDERED.

Dated:   **April 14, 2016**                    **/s/ Lawrence J. O'Neill**
                                                                  UNITED STATES DISTRICT JUDGE