IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 1:14-cr-0228-LJO-SKO-7 |
| Plaintiff, | ) **ORDER DIRECTING THE U.S. MARSHALS** |
| vs. | ) **TO ARRANGE FOR DEFENDANT ASHLEY** |
| | ) **THOMAS'S NONCUSTODIAL** |
| ASHLEY STARLING THOMAS, | ) **TRANSPORTATION TO FRESNO,** |
| | ) **CALIFORNIA.** |
| Defendant. | ) Judge: Hon. Lawrence J. O'Neill |

The Court has received Defendant Ashley Starling Thomas's ("Defendant") motion for an order directing the United States Marshals to pay for her transportation costs to the Fresno Division of the Eastern District of California, where her appearance is required for a jury trial. The motion was made pursuant to 18 U.S.C. § 4285. The Court has reviewed the motion and the Declaration of Ashley Thomas and hereby finds that the defendant is financially unable to provide the necessary transportation to appear before this Court on her own. The Court GRANTS the defendant's motion and hereby directs the U.S. Marshal to arrange for the defendant's means of noncustodial transportation from Douglasville, Georgia to Fresno, California for her required appearance at the May 24, 2016 jury trial before this Court.

This Order requires ONLY a one way ticket to Fresno and does not include any other costs (hotel, housing, meals or ground transportation).

IT IS SO ORDERED.

Dated:  **April 21, 2016**          **/s/ Lawrence J. O'Neill**
                                  UNITED STATES DISTRICT JUDGE

-1-