HEATHER E. WILLIAMS, #122664
Federal Defender
JEROME PRICE, #282400
JANET BATEMAN, #241210
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
jerome_price@fd.org


Attorney for Defendant
ASHLEY S. THOMAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:14-cr-00228-LJO-SKO |
| Plaintiff, | **STIPULATION AND  ORDER TO CONTINUE SENTENCING HEARING & BRIEFING SCHEDULE** |
| vs. | |
| ASHLEY S. THOMAS, | Date: August 29, 2016 |
| Defendant. | Time: 8:30 a.m. |
| | Judge: Lawrence J. O'Neill |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, Acting United States Attorney, through, Grant B. Rabenn, Assistant United States Attorney, attorneys for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defenders, Jerome Price and Janet Bateman, attorneys for Ashley Thomas that the sentencing hearing, currently scheduled for August 29, 2016, **may be continued to October 3, 2016 at 8:30 a.m.** The parties further stipulate that the briefing schedule be modified as follows:

Formal Objections to the final Presentence Report will be due September 19, 2016

Replies to the Formal Objections will be due September 26, 2016.

Sentencing Memoranda will be due September 26, 2016

This continuance is made at the request of defense counsel to receive additional time to receive and review mitigation evidence and trial transcripts in preparation for the sentencing memorandum and the formal objections to the Presentence Investigation Report. Defense counsel received the ordered transcripts on August 3, 2016. Counsel needs additonal time to read and review the transcripts to ensure a complete record for filing objections to the report. The proposed dates are agreeable to the government and probation. The government has no objection to the continuance.

Dated: August 11, 2016

Respectfully submitted,
HEATHER E. WILLIAMS
Federal Defender

*/s/ Jerome Price*
JEROME PRICE
Assistant Federal Defender
Attorneys for ASHLEY S. THOMAS

Dated: August 11, 2016

PHILLIP A. TALBERT
Acting United States Attorney

*/s/ Grant B. Rabenn*
GRANT B. RABENN
Assistant U.S. Attorney
Attorneys for Plaintiff

ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. The Court orders the August 29, 2016 sentencing hearing continued to October 3, 2016 at 8:30 a.m. It is further ordered that any formal objections are now due on September 19, 2016 and any replies are now due on September 26, 2016. Any sentencing memoranda are now due on September 26, 2016.

IT IS SO ORDERED.

Dated:   **August 11, 2016**             /s/ Lawrence J. O'Neill
                                         UNITED STATES CHIEF DISTRICT JUDGE