HEATHER E. WILLIAMS, SBN #122664
Federal Defender
JEROME PRICE, SBN #282400
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
ASHLEY STARLING THOMAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:14-cr-228 LJO-SKO |
| Plaintiff, | **UNOPPOSED REQUEST FOR DEFENDANT TO APPEAR BY VIDEO CONFERENCE FROM THE NORTHERN DISTRICT OF TEXAS, FORT WORTH DIVISION** |
| vs. | |
| ASHLEY STARLING THOMAS, | |
| Defendant. | Date: June 4, 2018 |
| | Time: 8:30 a.m. |
| | Judge: Hon. Lawrence J. O'Neill |

Defendant Ashley Starling Thomas, by and through her attorney of record, Assistant Federal Defender Jerome Price, hereby moves this Court for an order permitting her to waive her personal appearance at the status conference regarding remand from the Ninth Circuit scheduled for Monday, June 4, 2018, and instead appear by video teleconference from the United States Courthouse in Fort Worth, Texas. This motion is made pursuant to Federal Rule of Criminal Procedure 43(b)(3). The government does not oppose this request.

On April 4, 2018, the Ninth Circuit filed a judgment reversing Mrs. Thomas's structuring convictions and remanding her remaining convictions for a new trial. (ECF Nos. 419, 429.) This Court entered an order immediately releasing Mrs. Thomas from BOP custody on April 6, 2018. (ECF No. 423). Shortly after, the Court scheduled a status conference for June 4, 2018. (ECF No. 427.) Mrs. Thomas currently resides in the Northern District of Texas and is on

pretial supervision from the same district on a courtesy basis. She is currently working near Fort Worth, Texas. Mrs. Thomas would like to attend the proceeding, but requests to do so by video teleconference to save the expense of airfare and lodging for the status conference. At present, she does not have the funds to fly to California. As provided in Rule 43(b)(3), a defendant need not be present when a hearing is a conference or hearing on a legal question. The status conference is expected to deal with the next steps in this case on remand.

Mrs. Thomas respectfully requests that the Court permit her to appear before this Court on June 4, 2018 at 8:30 a.m. PDT by video conference whereby she will appear in the United States Courthouse in Fort Worth, Texas at a space to be designated by the Clerk's Office in the Northern District of Texas. Pursuant to Fed. R. Crim. P. 43(b)(3), Mrs. Thomas consents to be present by video teleconferencing. At all times, she will be represented by the undersigned, who will appear before this Court at the status conference.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: May 23, 2018

*/s/ Jerome Price*
JEROME PRICE
Assistant Federal Defender
Attorneys for Defendant
ASHLEY STARLING THOMAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:14-cr-228 LJO-SKO |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| ASHLEY STARLING THOMAS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

The Court, having reviewed Defendant Ashley Starling Thomas's unopposed request to appear by video teleconference and upon finding good cause, hereby GRANTS the defendant's request to appear at the status conference scheduled for Monday, June 4, 2018 at 8:30 a.m. PDT by video teleconference from the United States Courthouse in Fort Worth, Texas. The defendant shall report to the United States Courthouse in Fort Worth, Texas on the above date at 10:00 a.m. CDT, at a room to be designated by the Clerk's Office in the Northern District of Texas.

IT IS SO ORDERED.

Dated: __**May 23, 2018**__ _____**/s/ Lawrence J. O'Neill**_____
UNITED STATES CHIEF DISTRICT JUDGE