| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664<br>Federal Defender |
| 2 | JEROME PRICE, #282400<br>Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor<br>Sacramento, CA 95814 |
| 4 | Tel: 916-498-5700/Fax 916-498-5710 |
| 5 | Attorney for Defendant<br>ASHLEY STARLING THOMAS |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ASHLEY STARLING THOMAS,<br><br>Defendant. | Case No. 1:14-cr-228 LJO-SKO<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE, AND TO EXCLUDE TIME<br><br>Date: June 11, 2018<br>Time: 8:30 a.m.<br>Judge: Hon. Lawrence J. O'Neill |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney, through Assistant United States Attorney Grant Rabenn, attorney for Plaintiff, Heather Williams, Federal Defender, through Assistant Federal Defender Jerome Price, attorneys for Ashley Thomas, that the status conference scheduled for June 11, 2018 be vacated and be continued June 25, 2018 at 8:30 a.m.

The grounds for this continuance are that defense counsel would like additional time to review the discovery that has been produced, to meet and confer with his client, and to investigate the facts of the case, for effective preparation.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded through and including June 25, 2018, pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon defense preparation.

Stipulation and [PROPOSED] Order to Continue Status Conference           -1-

| | | |
|---|---|---|
| 1 | DATED: June 8, 2018 | Respectfully submitted, |
| 2 | | HEATHER E. WILLIAMS |
| 3 | | Federal Defender |
| 4 | | */s/ Jerome Price* |
| | | JEROME PRICE |
| 5 | | Assistant Federal Defender |
| 6 | | Attorney for ASHLEY STARLING THOMAS |
| 7 | DATED: June 8, 2018 | MCGREGOR W. SCOTT |
| | | United States Attorney |
| 8 | | |
| 9 | | */s/ Grant Rabenn* |
| | | GRANT RABENN |
| 10 | | Assistant United States Attorney |
| | | Attorney for Plaintiff |

# **ORDER**

**IT IS SO ORDERED.** The status conference currently scheduled for June 11, 2018, at 8:30 a.m. is hereby continued to June 25, 2018, at 8:30 a.m. Pursuant to the agreement of the parties, time is excluded for defense preparation, defense investigation, and plea negotiation purposes. The Court finds that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: **June 8, 2018**        /s/ Lawrence J. O'Neill
                                UNITED STATES CHIEF DISTRICT JUDGE