| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, SBN #122664 |
| | Federal Defender |
| 2 | JEROME PRICE, SBN #282400 |
| | Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor |
| | Sacramento, CA 95814 |
| 4 | Tel: 916-498-5700 |
| | Fax 916-498-5710 |
| 5 | Attorneys for Defendant |
| | ASHLEY STARLING THOMAS |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:14-cr-228 LJO-SKO |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER TO** |
| | ) | **CONTINUE STATUS CONFERENCE AND** |
| vs. | ) | **TO EXCLUDE TIME** |
| | ) | |
| ASHLEY STARLING THOMAS, | ) | Date: June 25, 2018 |
| | ) | Time: 8:30 a.m. |
| Defendant. | ) | Judge: Hon. Lawrence J. O'Neill |
| | ) | |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney, through Assistant United States Attorney Grant Rabenn, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Jerome Price, attorneys for Ashley Thomas, that the status conference scheduled for June 25, 2018, be vacated and continued to July 30, 2018 at 8:30 a.m.

This case is set for a status conference following a remand from the Ninth Circuit for a possible retrial on the remaining counts of the Superseding Indictment. (ECF No. 244). The government is still determining whether or not to move forward with prosecution. The government's decision whether to proceed with the prosecution would affect when a reasonable trial date is set. If the government decides not to proceed with prosecution, there would be no need to set a trial date. Therefore, the parties require further time to discuss how to resolve the matter prior to setting a trial date. The parties are confident that a final decision would be made by the date of the next status conference.

Stipulation and [PROPOSED] Order to Continue         -1-
Status Conference

1 | Based upon the foregoing, the parties agree time under the Speedy Trial Act should be
2 | excluded through and including July 30, 2018, pursuant to 18 U.S.C. §3161(h)(7)(A) and
3 | (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4.

DATED: June 20, 2018    Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

*/s/ Jerome Price*
JEROME PRICE
Assistant Federal Defender
Attorneys for ASHLEY STARLING THOMAS

DATED: June 20, 2018    MCGREGOR W. SCOTT
United States Attorney

*/s/ Grant Rabenn*
GRANT RABENN
Assistant United States Attorney
Attorneys for Plaintiff

**ORDER**

The Court having received and reviewed the parties' stipulation and good cause appearing, hereby adopts the stipulation in its entirety. The status conference currently scheduled for June 25, 2018, at 8:30 a.m. is hereby continued to July 30, 2018, at 8:30 a.m. Pursuant to the agreement of the parties, time is excluded to determine whether the government shall move forward with prosecution and for case resolution purposes. The Court finds that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial. NO FURTHER CONTINUANCES.

IT IS SO ORDERED.

Dated: **June 20, 2018**   /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE