| | |
|---|---|
| 1 | MCGREGOR W. SCOTT<br>United States Attorney |
| 2 | GRANT B. RABENN<br>VINCENTE A. TENNERELLI |
| 3 | Assistant United States Attorney<br>2500 Tulare Street, Suite 4401 |
| 4 | Fresno, CA 93721<br>Telephone: (559) 497-4000 |
| 5 | Facsimile: (559) 497-4099 |
| 6 | |
| 7 | Attorneys for Plaintiff<br>United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ASHLEY STARLING THOMAS,<br><br>Defendant. | Case No: 1:14-cr-228 LJO-SKO<br><br>MOTION TO DISMISS SUPERSEDING INDICTMENT |

Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, the United States, by and through United States Attorney McGregor W. Scott and Assistant United States Attorneys Grant Rabenn and Vincente A. Tennerelli, hereby moves to dismiss the Superseding Indictment (Dkt. No. 244) without prejudice.

Dated: July 27, 2018

McGREGOR W. SCOTT
United States Attorney

By: /s/ VINCENTE A. TENNERELLI
VINCENTE A. TENNERELLI
Assistant United States Attorney

| | |
|---|---|
| 1 | MCGREGOR W. SCOTT<br>United States Attorney |
| 2 | GRANT B. RABENN<br>VINCENTE A. TENNERELLI |
| 3 | Assistant United States Attorney<br>2500 Tulare Street, Suite 4401 |
| 4 | Fresno, CA 93721<br>Telephone: (559) 497-4000 |
| 5 | Facsimile: (559) 497-4099 |
| 6 | |
| 7 | Attorneys for Plaintiff<br>United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No: 1:14-cr-228 LJO-SKO |
|---|---|
| Plaintiff, | ORDER DISMISSING SUPERSEDING INDICTMENT |
| v. | |
| ASHLEY STARLING THOMAS, | |
| Defendant. | |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the Superseding Indictment in the above-captioned matter is hereby dismissed without prejudice.


IT IS SO ORDERED.

   Dated: __**July 27, 2018**__            _____/s/ Lawrence J. O'Neill_____
                                                       UNITED STATES CHIEF DISTRICT JUDGE