HEATHER E. WILLIAMS, SBN #122664
Federal Defender
JEROME PRICE, SBN # 282400
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
ASHLEY STARLING THOMAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:14-cr-00228-LJO-SKO-7 |
| Plaintiff, | **STIPULATION AND ORDER FOR RETURN OF SPECIAL ASSESSMENT** |
| vs. | |
| ASHLEY STARLING THOMAS, | Judge: Hon. Lawrence J. O'Neill |
| Defendant. | |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney, through Grant B. Rabenn, Assistant United States Attorney, counsel for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender, Jerome Price, counsel for Defendant Ashley Thomas, that the special assessment payments, totaling $425.00, paid by Mrs. Thomas be returned due to the dismissal of the superseding indictment.

On May 27, 2016, a jury convicted Mrs. Thomas on eleven of the charged counts in the superseding indictment. (ECF No. 244.) Mrs. Thomas was sentenced to 42 months of imprisonment on each count to be served concurrently to each other. (ECF No. 359.) Mrs. Thomas was also ordered to pay a mandatory special assessment of $1,100, pursuant to 18 U.S.C. § 3013. (*Id.*) The Ninth Circuit reversed Mrs. Thomas's convictions on April 4, 2018. (ECF No. 419.) Thereafter, the government moved to dismiss the superseding indictment against

-1-

| | |
|---|---|
| 1 | Mrs. Thomas. The Court dismissed the superseding indictment on July 27, 2018. (ECF No. |
| 2 | 447.) During the time she was incarcerated, Mrs. Thomas paid $425.00 toward her special |
| 3 | assessment. The Clerk's Office has confirmed the amount paid into Mrs. Thomas's account |
| 4 | through providing defense counsel a case inquiry report. |

The parties stipulate that since Mrs. Thomas no longer stands convicted of any charges on the superseding indictment, she is entitled to a return of any payments made toward her special assessment.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: November 16, 2018

/s/ Jerome Price
JEROME PRICE
Assistant Federal Defender
Attorneys for Defendant
ASHLEY STARLING THOMAS


McGREGOR W. SCOTT
United States Attorney

Date: November 16, 2018

/s/ Grant B. Rabenn
GRANT B. RABENN
Assistant United States Attorney
Attorneys for Plaintiff

**ORDER**

The Court, having read and considered the parties' stipulation, and good cause appearing therefrom, hereby adopts the parties' stipulation in its entirety as its order. Since the Superseding Indictment in this case has been dismissed, the Court hereby orders that the Clerk refund the total special assessment payments made by Defendant Ashley Thomas on Case 1:14-cr-00228-LJO-SKO. It is further ordered that the Financial Department contact the Federal Defender to obtain Defendant Thomas's current mailing address.

**IT IS SO ORDERED.**

Dated: November 26, 2018

HON. LAWRENCE J. O'NEILL
United States Chief District Judge